# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

## IN ADMIRALTY

| | |
|---|---|
| In the Matter of The Complaint<br><br>of<br><br>Branson Duck Vehicles, LLC, as Owner; and Ripley Entertainment, Inc., as Owner *pro hac vice* of the STRETCH DUCK 07 for Exoneration from or Limitation of Liability | CIVIL ACTION NO: 6:18-cv-03339-MDH |

## RULE F(6) LIST OF CLAIMANT INFORMATION

Pursuant to Rule F(6) of the Supplemental Rules of Certain Admiralty and Maritime Claims, Plaintiffs Branson Duck Vehicles, LLC and Ripley Entertainment, Inc. ("Plaintiffs") hereby provide to each known claimant: (a) the name of each claimant, (b) the name and address of the claimant's attorney, (c) the nature of each claim, and (d) the amount of each claim, as follows:

**1) Tia Coleman Claim (ECF No. 26, filed December 21, 2018):**

 (a) Claimant: Tia Coleman

 (b) Claimant's Attorney: ALESHIRE ROBB, P.C.
  Gregory W. Aleshire
  William R. Robb
  Kevin J. Rapp
  2847 S. Ingram Mill Road A-102
  Springfield, MO 65804
  Phone: (417) 869-3737

  AND

  SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.
  Robert J. Mongeluzzi
  Andrew R. Duffy
  Jeffrey P. Goodman
  1650 Market Street, 52nd Floor

1

                Philadelphia, PA 19103
                Phone: (215) 496-8282

    (c) Nature of Claim:    personal injury and/or wrongful death

    (d) Amount of Claim:    unspecified

**2) National Bank of Indianapolis for Estate of D.H. Claim (ECF No. 27, filed December 21, 2018):**

    (a) Claimant:    The National Bank of Indianapolis, as Temporary Guardian over the Estate of D.H.

    (b) Claimant's Attorney:    ALESHIRE ROBB, P.C.
                Gregory W. Aleshire
                William R. Robb
                Kevin J. Rapp
                2847 S. Ingram Mill Road A-102
                Springfield, MO 65804
                Phone: (417) 869-3737

                AND

                SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.
                Robert J. Mongeluzzi
                Andrew R. Duffy
                Jeffrey P. Goodman
                1650 Market Street, 52nd Floor
                Philadelphia, PA 19103
                Phone: (215) 496-8282

    (c) Nature of Claim:    personal injury and/or wrongful death

    (d) Amount of Claim:    unspecified

**3) Brian Dennison Claim (ECF No. 28, filed December 21, 2018):**

    (a) Claimant:    Brian Dennison

    (b) Claimant's Attorney:    ALESHIRE ROBB, P.C.
                Gregory W. Aleshire
                William R. Robb
                Kevin J. Rapp
                2847 S. Ingram Mill Road A-102
                Springfield, MO 65804
                Phone: (417) 869-3737

AND

SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.
Robert J. Mongeluzzi
Andrew R. Duffy
Jeffrey P. Goodman
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Phone: (215) 496-8282

(c) Nature of Claim: personal injury and/or wrongful death

(d) Amount of Claim: unspecified

4) **Douglas Dennison Claim (ECF No. 29, filed December 21, 2018):**

    (a) Claimant: Douglas Dennison

    (b) Claimant's Attorney: ALESHIRE ROBB, P.C.
Gregory W. Aleshire
William R. Robb
Kevin J. Rapp
2847 S. Ingram Mill Road A-102
Springfield, MO 65804
Phone: (417) 869-3737

AND

SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.
Robert J. Mongeluzzi
Andrew R. Duffy
Jeffrey P. Goodman
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Phone: (215) 496-8282

    (c) Nature of Claim: personal injury and/or wrongful death

    (d) Amount of Claim: unspecified

5) **Todd Dennison Claim (ECF No. 30, filed December 21, 2018):**

    (a) Claimant: Todd Dennison

    (b) Claimant's Attorney: ALESHIRE ROBB, P.C.

Gregory W. Aleshire
                  William R. Robb
                  Kevin J. Rapp
                  2847 S. Ingram Mill Road A-102
                  Springfield, MO 65804
                  Phone: (417) 869-3737

                  AND

                  SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.
                  Robert J. Mongeluzzi
                  Andrew R. Duffy
                  Jeffrey P. Goodman
                  1650 Market Street, 52nd Floor
                  Philadelphia, PA 19103
                  Phone: (215) 496-8282

   (c) Nature of Claim:      personal injury and/or wrongful death

   (d) Amount of Claim:      unspecified

6) **Todd Dennison and Shaunna Cumberworth for A.D. Claim (ECF No. 31, filed December 21, 2018):**

   (a) Claimant:   Todd Dennison and Shaunna Cumberworth, as Parents and Next Friends of A.D., a minor

   (b) Claimant's Attorney:   ALESHIRE ROBB, P.C.
                  Gregory W. Aleshire
                  William R. Robb
                  Kevin J. Rapp
                  2847 S. Ingram Mill Road A-102
                  Springfield, MO 65804
                  Phone: (417) 869-3737

                  AND

                  SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.
                  Robert J. Mongeluzzi
                  Andrew R. Duffy
                  Jeffrey P. Goodman
                  1650 Market Street, 52nd Floor
                  Philadelphia, PA 19103
                  Phone: (215) 496-8282

   (c) Nature of Claim:      personal injury

(d) Amount of Claim: unspecified

7) **<u>John D. Coleman, Gary Coleman, Tilackia Jackson (for Jayden Coleman), and Adriona Coleman Claim (ECF Nos. 38, 39, 40, 41, filed January 10, 2019)</u>:**

    (a) Claimant: John D. Coleman, Gary Coleman, Jayden Coleman (by and through his Next Friend and Natural Mother Tilackia Jackson) and Adriona Coleman

    (b) Claimant's Attorney:   The Witherspoon Law Group
                                  Nuru Witherspoon
                                  Ernesto D. Sigmon
                                  1717 McKinney Ave., Suite 700
                                  Dallas, Texas 75202
                                  Phone: (214) 773-1133

    (a) Nature of Claim: personal injury and/or wrongful death

    (b) Amount of Claim: unspecified

8) **Greg Harris Claim (ECF No. 48, filed January 17, 2019):**

    (a) Claimant: Greg Harris

    (b) Claimant's Attorney:   STRONG, GARNER, BAUER, P.C.
                                  Steve Garner
                                  Jeff Bauer
                                  415 E. Chestnut Expressway
                                  Springfield, MO 65802
                                  Phone: (417) 887-4300

    (c) Nature of Claim: personal injury

    (d) Amount of Claim: unspecified

9) **Amanda Keller for G.C. Claim (ECF No. 49, filed January 17, 2019):**

    (a) Claimant: Amanda Keller, As Next Friend of G.C., A Minor

    (b) Claimant's Attorney:   ARNOLD & ITKIN, LLP
                                  Jason A. Itkin
                                  Cory D. Itkin
                                  Ryan S. MacLeod
                                  Jacob Karam
                                  6009 Memorial Drive
                                  Houston, TX 77007
                                  Phone: (713) 222-3800

AND

STRONG, GARNER, BAUER, P.C.
Steve Garner
Jeff Bauer
415 E. Chestnut Expressway
Springfield, MO 65802
Phone 417-887-4300

(c) Nature of Claim: personal injury

(d) Amount of Claim: unspecified

**10) Joseph Strecker and William Strecker Claim (ECF No. 50, filed January 17, 2019):**

(a) Claimant: Joseph Strecker and William Strecker, as the natural, surviving sons of Rosemarie Hamann

(b) Claimant's Attorney: ROBERTS, WOOTEN & ZIMMER, L.L.C.
Kevin C. Roberts
10438 Business 21 - P. 0. Box 888
Hillsboro, Missouri 63050
Phone: (636) 797-2693

AND

ELLIS, CUPPS and COLE
Donald L. Cupps
P. O. Box 276
Cassville, Missouri 65625
Phone: (417) 847-2734

AND

THE PENTON LAW FIRM
Ronnie G. Penton
503 Georgia Avenue
Bogalusa, Louisiana 70427
Phone: (985) 732-5651

(c) Nature of Claim: personal injury and/or wrongful death

(d) Amount of Claim: unspecified

**11) Judith Williams, Robert Damian Williams, Ina-Robin Williams, and Ilena Williams Claim (ECF No. 52, filed January 17, 2019):**

    (a) Claimant:    Judith Williams, Robert Damian Williams, Ina-Robin Williams, and Ilena Williams

    (b) Claimant's Attorney:    KRUKOW LAW OFFICES, LLC
Tony D. Krukow
1287 U.S. Business 65
Hollister, MO 65672
Phone: (417) 336-3777

    AND

    NAFTULIN & SHICK, P.C.
Linda M. Shick
40 East Court Street
Doylestown, PA 18901
Phone: (215) 348-5455

    AND

    KLINE & SPECTER, P.C.
Thomas R. Kline
Patrick Fitzgerald
1525 Locust Street
Philadelphia, PA 19102
Phone: 215-772-1000

    (c) Nature of Claim:    personal injury and/or wrongful death

    (d) Amount of Claim:    unspecified

**12) Jennifer Asher, William Asher, Jr., and Monica Dowling Claim (ECF No. 54, filed January 17, 2019):**

    (a) Claimant:    Jennifer Asher, William Asher, Jr., and Monica Dowling

    (b) Claimant's Attorney:    ABG Law
Angela Bullock Gabel
7710 Carondelet Ave., Suite 405
Clayton, MO 63105
Phone: (314)721-8844

    AND

                The Wilbers Law Firm, LLC
                John L. Wilbers
                130 S. Bemiston Ave., Suite 406
                St. Louis, MO 63105
                Phone: (314) 721-3040

(c) Nature of Claim: personal injury and/or wrongful death

(d) Amount of Claim: unspecified

**13) Lisa D. Berry and Marlo Rose Wells for Estate of Angela Coleman Claim (ECF No. 55, filed January 17, 2019):**

   (a) Claimant: Lisa D. Berry and Marlo Rose Wells, as Co-Administrators and Personal Representatives of the Estate of Angela Coleman

   (b) Claimant's Attorney: ALESHIRE ROBB, P.C.
                            Gregory W. Aleshire
                            William R. Robb
                            Kevin J. Rapp
                            2847 S. Ingram Mill Road A-102
                            Springfield, MO 65804
                            Phone: (417) 869-3737

                            AND

                            SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.
                            Robert J. Mongeluzzi
                            Andrew R. Duffy
                            Jeffrey P. Goodman
                            1650 Market Street, 52nd Floor
                            Philadelphia, PA 19103
                            Phone: (215) 496-8282

   (c) Nature of Claim: personal injury and/or wrongful death

   (d) Amount of Claim: unspecified

**14) Lisa D. Berry and Marlo Rose Wells for Estate of Belinda Coleman Claim (ECF No. 56, filed January 17, 2019):**

   (a) Claimant: Lisa D. Berry and Marlo Rose Wells, as Co-Administrators and Personal Representatives of the Estate of Belinda Coleman

   (b) Claimant's Attorney: ALESHIRE ROBB, P.C.
                            Gregory W. Aleshire

William R. Robb
                Kevin J. Rapp
                2847 S. Ingram Mill Road A-102
                Springfield, MO 65804
                Phone: (417) 869-3737

                AND

                SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.
                Robert J. Mongeluzzi
                Andrew R. Duffy
                Jeffrey P. Goodman
                1650 Market Street, 52nd Floor
                Philadelphia, PA 19103
                Phone: (215) 496-8282

   (c) Nature of Claim:     personal injury and/or wrongful death

   (d) Amount of Claim:     unspecified

**15) Lisa D. Berry and Marlo Rose Wells for Estate of Maxwell Ly Claim (ECF No. 57, filed January 17, 2019):**

   (a) Claimant:   Lisa D. Berry and Marlo Rose Wells, as Co-Administrators and Personal Representatives of the Estate of Maxwell Ly

   (b) Claimant's Attorney:  ALESHIRE ROBB, P.C.
                Gregory W. Aleshire
                William R. Robb
                Kevin J. Rapp
                2847 S. Ingram Mill Road A-102
                Springfield, MO 65804
                Phone: (417) 869-3737

                AND

                SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.
                Robert J. Mongeluzzi
                Andrew R. Duffy
                Jeffrey P. Goodman
                1650 Market Street, 52nd Floor
                Philadelphia, PA 19103
                Phone: (215) 496-8282

   (c) Nature of Claim:     personal injury and/or wrongful death

9

(d) Amount of Claim: unspecified

**16) Brian Dennison, Todd Dennison, and Douglas Dennison for Estate of Leslie Dennison Claim (ECF No. 58, filed January 17, 2019):**

    (a) Claimant: Brian Dennison, Todd Dennison, and Douglas Dennison, as Co-Administrators and Personal Representatives of the Estate of Leslie Dennison

    (b) Claimant's Attorney: ALESHIRE ROBB, P.C.
    Gregory W. Aleshire
    William R. Robb
    Kevin J. Rapp
    2847 S. Ingram Mill Road A-102
    Springfield, MO 65804
    Phone: (417) 869-3737

    AND

    SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.
    Robert J. Mongeluzzi
    Andrew R. Duffy
    Jeffrey P. Goodman
    1650 Market Street, 52nd Floor
    Philadelphia, PA 19103
    Phone: (215) 496-8282

    (c) Nature of Claim: personal injury and/or wrongful death

    (d) Amount of Claim: unspecified

**17) Mamadou Ly Claim (ECF No. 59, filed January 17, 2019):**

    (a) Claimant: Mamadou Ly

    (b) Claimant's Attorney: ALESHIRE ROBB, P.C.
    Gregory W. Aleshire
    William R. Robb
    Kevin J. Rapp
    2847 S. Ingram Mill Road A-102
    Springfield, MO 65804
    Phone: (417) 869-3737

    AND

    SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.
    Robert J. Mongeluzzi

      Andrew R. Duffy
      Jeffrey P. Goodman
      1650 Market Street, 52nd Floor
      Philadelphia, PA 19103
      Phone: (215) 496-8282

 (c) Nature of Claim:  personal injury and/or wrongful death

 (d) Amount of Claim:  unspecified

**18) Shayne Collins Claim (ECF No. 60, filed January 18, 2019):**

 (a) Claimant:  Shayne Collins

 (b) Claimant's Attorney:  ALESHIRE ROBB, P.C.
      Gregory W. Aleshire
      William R. Robb
      Kevin J. Rapp
      2847 S. Ingram Mill Road A-102
      Springfield, MO 65804
      Phone: (417) 869-3737

      AND

      SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.
      Robert J. Mongeluzzi
      Andrew R. Duffy
      Jeffrey P. Goodman
      1650 Market Street, 52nd Floor
      Philadelphia, PA 19103
      Phone: (215) 496-8282

 (c) Nature of Claim:  personal injury

 (d) Amount of Claim:  unspecified

**19) Tiffany Collins for T.K. Claim (ECF No. 61, filed January 18, 2019):**

 (a) Claimant:  Tiffany Collins, as Parent and Next Friend of T.K., a minor

 (b) Claimant's Attorney:  ALESHIRE ROBB, P.C.
      Gregory W. Aleshire
      William R. Robb
      Kevin J. Rapp
      2847 S. Ingram Mill Road A-102
      Springfield, MO 65804

                Phone: (417) 869-3737

                AND

                SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.
                Robert J. Mongeluzzi
                Andrew R. Duffy
                Jeffrey P. Goodman
                1650 Market Street, 52nd Floor
                Philadelphia, PA 19103
                Phone: (215) 496-8282

    (c) Nature of Claim:     personal injury

    (d) Amount of Claim:    unspecified

**20) Tiffany Collins Claim (ECF No. 62, filed January 18, 2019):**

    (a) Claimant:   Tiffany Collins

    (b) Claimant's Attorney:   ALESHIRE ROBB, P.C.
                Gregory W. Aleshire
                William R. Robb
                Kevin J. Rapp
                2847 S. Ingram Mill Road A-102
                Springfield, MO 65804
                Phone: (417) 869-3737

                AND

                SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.
                Robert J. Mongeluzzi
                Andrew R. Duffy
                Jeffrey P. Goodman
                1650 Market Street, 52nd Floor
                Philadelphia, PA 19103
                Phone: (215) 496-8282

    (c) Nature of Claim:     personal injury

    (d) Amount of Claim:    unspecified

**21) Talyssa Mann Claim (ECF No. 63, filed January 18, 2019):**

    (a) Claimant:   Talyssa Mann

(b) Claimant's Attorney:  ALESHIRE ROBB, P.C.
Gregory W. Aleshire
William R. Robb
Kevin J. Rapp
2847 S. Ingram Mill Road A-102
Springfield, MO 65804
Phone: (417) 869-3737

AND

SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.
Robert J. Mongeluzzi
Andrew R. Duffy
Jeffrey P. Goodman
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Phone: (215) 496-8282

(c) Nature of Claim:  personal injury

(d) Amount of Claim:  unspecified

## 22) Dustin McDonald and Tomlyn McDonald for Ca.M. Claim (ECF No. 64, filed January 18, 2019):

(a) Claimant:  Dustin McDonald and Tomlyn McDonald, as Parents and Next Friends of Ca.M.

(b) Claimant's Attorney:  ALESHIRE ROBB, P.C.
Gregory W. Aleshire
William R. Robb
Kevin J. Rapp
2847 S. Ingram Mill Road A-102
Springfield, MO 65804
Phone: (417) 869-3737

AND

SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.
Robert J. Mongeluzzi
Andrew R. Duffy
Jeffrey P. Goodman
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Phone: (215) 496-8282

(c) Nature of Claim: personal injury

(d) Amount of Claim: unspecified

**23) Dustin McDonald and Tomlyn McDonald for Ch.M. Claim (ECF No. 65, filed January 18, 2019):**

   (a) Claimant: Dustin McDonald and Tomlyn McDonald, as Parents and Next Friends of Ch.M.

   (b) Claimant's Attorney: ALESHIRE ROBB, P.C.
                                    Gregory W. Aleshire
                                    William R. Robb
                                    Kevin J. Rapp
                                    2847 S. Ingram Mill Road A-102
                                    Springfield, MO 65804
                                    Phone: (417) 869-3737

                                    AND

                                    SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.
                                    Robert J. Mongeluzzi
                                    Andrew R. Duffy
                                    Jeffrey P. Goodman
                                    1650 Market Street, 52nd Floor
                                    Philadelphia, PA 19103
                                    Phone: (215) 496-8282

   (c) Nature of Claim: personal injury

   (d) Amount of Claim: unspecified

**24) Tomlyn McDonald and Dustin McDonald Claim (ECF No. 66, filed January 18, 2019):**

   (a) Claimant: Tomlyn McDonald and Dustin McDonald

   (b) Claimant's Attorney: ALESHIRE ROBB, P.C.
                                      Gregory W. Aleshire
                                    William R. Robb
                                    Kevin J. Rapp
                                    2847 S. Ingram Mill Road A-102
                                    Springfield, MO 65804
                                    Phone: (417) 869-3737

                                    AND

SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.
Robert J. Mongeluzzi
Andrew R. Duffy
Jeffrey P. Goodman
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Phone: (215) 496-8282

(c) Nature of Claim: personal injury

(d) Amount of Claim: unspecified

**25) Ronita McKinley and Gary McKinley Claim (ECF No. 67, filed January 18, 2019):**

(a) Claimant: Ronita McKinley and Gary McKinley

(b) Claimant's Attorney: ALESHIRE ROBB, P.C.
Gregory W. Aleshire
William R. Robb
Kevin J. Rapp
2847 S. Ingram Mill Road A-102
Springfield, MO 65804
Phone: (417) 869-3737

AND

SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.
Robert J. Mongeluzzi
Andrew R. Duffy
Jeffrey P. Goodman
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Phone: (215) 496-8282

(c) Nature of Claim: personal injury

(d) Amount of Claim: unspecified

**26) John D. Coleman for Estates of Ervin Coleman and Horace Coleman Claim (ECF No. 68, filed January 18, 2019):**

(a) Claimant: John D. Coleman, as Administrator and Personal Representative of the Estates of Ervin Coleman and Horace Coleman

(b) Claimant's Attorney: The Witherspoon Law Group
Nuru Witherspoon

    Ernesto D. Sigmon
    1717 McKinney Ave., Suite 700
    Dallas, Texas 75202
    Phone: (214) 773-1133

 (c) Nature of Claim:  personal injury and/or wrongful death

 (d) Amount of Claim:  unspecified

**27) Pamela Young Smith, individually and for Loren E. Smith and Estates of Steve C. Smith and of Lance C. Smith, Ellen Smith, and Carroll Smith Claim (ECF Nos. 69 and 70, filed January 18, 2019):**

 (a) Claimant:  Pamela Young Smith, individually; as Parent and Next Friend of Loren E. Smith, a minor; and as Special Administrator of the Estates of Steve C. Smith, deceased, and of Lance C. Smith, deceased; Ellen Smith; and Carroll Smith

 (b) Claimant's Attorney:  FRIDAY, ELDREDGE & CLARK, LLP
    Clifford W. Plunkett
    3425 North Futrall Drive, Suite ·103
    Fayetteville, AR 72703
    Phone: (479) 695-2011

    AND

    Angela C. Artherton
    3350 S. Pinnacle Hills Parkway, Suite 301
    Rogers, AR 72758
    Phone: (479) 695-6044

 (c) Nature of Claim:  personal injury and/or wrongful death

 (d) Amount of Claim:  unspecified

**28) Marlo Wells, Lisa Rose Berry, Patricia Parson, Ronald Rose, Robert Rose, David Rose, and Lana Everhart Claim (ECF No. 74, filed January 18, 2019):**

 (a) Claimant:  Marlo Wells, Lisa Rose Berry, Patricia Parson, Ronald Rose, Robert Rose, David Rose, and Lana Everhart

 (b) Claimant's Attorney:  ALESHIRE ROBB, P.C.
    Gregory W. Aleshire
    William R. Robb
    Kevin J. Rapp
    2847 S. Ingram Mill Road A-102
    Springfield, MO 65804

Phone: (417) 869-3737

AND

SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.
Robert J. Mongeluzzi
Andrew R. Duffy
Jeffrey P. Goodman
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Phone: (215) 496-8282

(c) Nature of Claim: personal injury and/or wrongful death

(d) Amount of Claim: unspecified

Dated: January 22, 2019                Respectfully submitted,

**LASHLY & BAER, P.C.**

*/s/ Terrance J. Good*
Terrance J. Good #25336MO
Alexandra C. Wells #67316MO
714 Locust Street
St. Louis, MO 63101
(314) 621-2939
(314) 621-6844/Fax
tjgood@lashlybaer.com
awells@lashlybaer.com

AND

**K&L GATES LLP**
Jeffrey S. King, admitted *pro hac vice*
Luke M. Reid, admitted *pro hac vice*
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
(617) 261-3100
(617) 261-3175/Fax
jeffrey.king@klgates.com
luke.reid@klgates.com

John H. Culver, admitted *pro hac vice*
Hearst Tower, 47th Floor
214 North Tryon Street
Charlotte, NC  28202
(704) 331-7400
(704) 331-7598/Fax
john.culver@klgates.com

AND

**PATTON & RYAN, LLC**
John W. Patton, Jr., admitted *pro hac vice*
Paul D. Motz, admitted *pro hac vice*
Benjamin J. Levinsky, admitted *pro hac vice*
330 N. Wabash Ave., Ste. 3800
Chicago, IL  60611
(312) 261-5160
(312) 261-5161/Fax
jpatton@pattonryan.com
pmotz@pattonryan.com
blevinsky@pattonryan.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing will be furnished to all counsel of record herein via U.S. Mail and through the CM-ECF system of the United States District Court for the Western District of Missouri.

 */s/ Terrance J. Good*
Terrance J. Good

18
Case 6:18-cv-03339-MDH   Document 80   Filed 01/22/19   Page 18 of 18