UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

IN ADMIRALTY

| | |
|---|---|
| In the Matter of The Complaint<br><br>of<br><br>Branson Duck Vehicles, LLC, as Owner; and Ripley Entertainment, Inc., as Owner *pro hac vice* of the STRETCH DUCK 07 for Exoneration from or Limitation of Liability | **CIVIL ACTION NO:** 6:18-cv-03339-MDH |

## PLAINTIFFS' FIRST NOTICE OF SETTLEMENT

Plaintiffs Branson Duck Vehicles, LLC and Ripley Entertainment, Inc. ("Plaintiffs") hereby notify the Court that the Plaintiffs have settled the following claims and state:

1. Plaintiffs have entered into a full and final settlement with the following "would-be" claimants [1]: Estates of William Bright and Janice Bright, which includes the claims brought by their daughters, Michelle Chaffer, Rebekah Whittington, and Christina Taylor, which claims were originally brought in the Circuit Court of Taney County, Missouri, and were transferred to the Circuit Court of Stone County, Missouri, Case No. 18SN-CC00297.

2. This First Notice of Settlement is without prejudice to Plaintiffs' rights in the above captioned Limitation Action against claimants other than those specified herein, and without prejudice to Plaintiffs' rights to seek an appropriate credit against the Limitation Fund in this action for settlements with the claimants specified herein.

3. Further details of the foregoing settlement will be provided to the Court when Plaintiffs seek an appropriate credit for their settlements against the Limitation Fund in this action.

---

[1] These claimants would be entitled to file a claim in this Action but this settlement was reached before the claim filing deadline and these claimants did not file an actual claim in this action.

Dated:  January 22, 2019	Respectfully submitted,

**LASHLY & BAER, P.C.**

  */s/ Terrance J. Good*
Terrance J. Good #25336MO
Alexandra C. Wells #67316MO
714 Locust Street
St. Louis, MO  63101
(314) 621-2939
(314) 621-6844/Fax
tjgood@lashlybaer.com
awells@lashlybaer.com

AND

**K&L GATES LLP**
Jeffrey S. King, admitted *pro hac vice*
Luke M. Reid, admitted *pro hac vice*
State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950
(617) 261-3100
(617) 261-3175/Fax
jeffrey.king@klgates.com
luke.reid@klgates.com

John H. Culver, admitted *pro hac vice*
Hearst Tower, 47th Floor
214 North Tryon Street
Charlotte, NC  28202
(704) 331-7400
(704) 331-7598/Fax
john.culver@klgates.com

AND

**PATTON & RYAN, LLC**
John W. Patton, Jr., admitted *pro hac vice*
Paul D. Motz, admitted *pro hac vice*
Benjamin J. Levinsky, admitted *pro hac vice*
330 N. Wabash Ave., Ste. 3800
Chicago, IL  60611
(312) 261-5160
(312) 261-5161/Fax
jpatton@pattonryan.com
pmotz@pattonryan.com
blevinsky@pattonryan.com

### CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing will be furnished to all counsel of record herein through the CM-ECF system of the United States District Court for the Western District of Missouri.

                            */s/ Terrance J. Good*
                            Terrance J. Good