UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

IN ADMIRALTY

| | |
|---|---|
| In the Matter of The Complaint<br><br>of<br><br>Branson Duck Vehicles, LLC, as Owner; and Ripley Entertainment, Inc., as Owner *pro hac vice* of the STRETCH DUCK 07 for Exoneration from or Limitation of Liability | **CIVIL ACTION NO:** 6:18-cv-03339-MDH |

**ENTRY OF APPEARANCE**

Derek A. Ankrom, with the law firm of Spencer Fane LLP, hereby enters his appearance as co-counsel for Limitation Plaintiffs Branson Duck Vehicles, LLC, and Ripley Entertainment, Inc.

Dated: June 4, 2019

Respectfully submitted,

**SPENCER FANE LLP**

   /s/    *Derek A. Ankrom*
Jason C. Smith          Mo. Bar No. 57657
Derek A. Ankrom      Mo. Bar No. 63689
2144 E. Republic Road, Suite B300
Springfield, MO 65804
Telephone: (417) 888-1000
Facsimile: (417) 881-8035
jcsmith@spencerfane.com
dankrom@spencerfane.com

*Attorneys for Limitation Plaintiffs Branson Duck Vehicles, LLC, and Ripley Entertainment, Inc.*

1

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true copy of the foregoing was filed and served on all counsel of record via the Court's electronic filing system this 4th day of June, 2019.

                                        /s/     *Derek A. Ankrom*