UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

IN ADMIRALTY

| | |
|---|---|
| In the Matter of The Complaint<br><br>of<br><br>Branson Duck Vehicles, LLC, as Owner; and Ripley Entertainment, Inc., as Owner *pro hac vice* of the STRETCH DUCK 07 for Exoneration from or Limitation of Liability | CIVIL ACTION NO: 6:18-cv-03339-MDH |

**MOTION FOR INSPECTION**

TO: Ripley Entertainment, Inc. and/or Branson Duck Vehicles, LLC
Through their attorney of record
Terrance J. Good
Alexandra C. Wells
LASHLY & BAER, P.C.
714 Locust Street
St. Louis, Missouri 63101

Jeffrey S. King
Luke M. Reid
K&L GATES, LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

PLEASE TAKE NOTICE that the Claimants Joseph Strecker and William Strecker in the above entitled action, pursuant to Rule 34 (a)(2) of the Federal Rules of Civil Procedure, hereby requests entry upon property or designated object(s) in the possession or control of Ripley Entertainment, Inc. (REI) and/or Branson Duck Vehicles, LLC (BDV) for the purpose of inspection and measuring, surveying, photographing,

1

testing or sampling the property or designated object(s) within the scope of Rule 26(b), to-wit:

(1) Inspection of Stretch Duck 01

(2) Inspection of Master Jig Duck Boat SD54

(3) Inspection of Truck Duck 10 or 13

Said inspection to occur on October 21, 2019 or on a date and time to be mutually agreed upon, at the location where said objects are currently stored by REI and/or BDV. All parties are hereby notified to appear and take part in such manner as you shall see fit and proper.

ROBERTS, WOOTEN & ZIMMER, L.L.C.
Kevin C. Roberts
10438 Business 21 – P.O. Box 888
Hillsboro, Missouri 63050
(636)797-2693
(636)789-4205 FAX
KevinRoberts@RWZLaw.com

By: _____/s/ Kevin C. Roberts_____
        KEVIN C. ROBERTS #31578

ELLIS, CUPPS and COLE
Donald L. Cupps
P.O. Box 276
Cassville, Missouri 65625
(417) 847-2734
(417) 847-5643 FAX
don@elliscuppsandcole.com

By: _____/s/ Donald L. Cupps_____
        DONALD L. CUPPS #29559

2

THE PENTON LAW FIRM
Ronnie G. Penton
503 Georgia Avenue
Bogalusa, Louisiana 70427
(985)732-5651
(985)735-5579 FAX
fedcourtmail@rgplaw.com

By: /s/ Ronnie G. Penton
RONNIE G. PENTON
Louisiana Bar #10462
*Pro Hac Vice*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above will be furnished to all counsel of record herein through the CM-ECF system of the United States District Court for the Western District of Missouri, on this 11th day of September, 2019.

/s/ Kevin C. Roberts
KEVIN C. ROBERTS