UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
IN ADMIRALTY

| | |
|---|---|
| In the Matter of The Complaint<br><br>of<br><br>Branson Duck Vehicles, LLC, as Owner; and Ripley Entertainment, Inc., as Owner *pro hac vice* of the STRETCH DUCK 07 for Exoneration from or Limitation of Liability | CIVIL ACTION NO: 6:18-cv-03339-MDH |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is Claimants Pamela Young Smith, individually, and as Parent and Next Friend of Loren E. Smith, a minor, and as Special Administrator of the Estates of Steve C. Smith and Lance C. Smith (both Deceased), Ellen Smith and Carroll Smith's ("Claimants"), Motion to Voluntarily Dismiss with Prejudice their Causes of Action[1] in this case against Branson Duck Vehicles, LLC and Ripley Entertainment, Inc. (Doc. 269).

After reviewing the record before the Court, the Court hereby **GRANTS** the motion and dismisses Claimants' claims raised herein against Branson Duck Vehicles, LLC and Ripley Entertainment, Inc., including any rights of appeal, with prejudice, with each party to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: September 24, 2019

                                        */s/ Douglas Harpool*
                                        DOUGLAS HARPOOL
                                        UNITED STATES DISTRICT JUDGE

---

[1] Docs. 69 and 70.