UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
IN ADMIRALTY

| | |
|---|---|
| In the Matter of The Complaint<br><br>of<br><br>Branson Duck Vehicles, LLC, as Owner; and Ripley Entertainment, Inc., as Owner *pro hac vice* of the STRETCH DUCK 07 for Exoneration from or Limitation of Liability | **CIVIL ACTION NO:** 6:18-cv-03339-MDH |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is claimants Judith Williams, Robert Damian Williams, Ina-Robin Williams, and Ilena Williams' Motion to Voluntarily Dismiss with Prejudice their causes of action in this case[1] only against Defendants Ripley Entertainment, Inc. and Branson Duck Vehicles, LLC. (Doc. 285).

After reviewing the record before this Court, the Court hereby **GRANTS** the motion and dismisses Claimants' causes of action raised herein only against Defendants Ripley Entertainment, Inc. and Branson Duck Vehicles, LLC, including any rights of appeal, with prejudice, with each party to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: October 21, 2019

                                                                   /s/ Douglas Harpool
                                                                   DOUGLAS HARPOOL
                                                                   UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 52.