UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

IN ADMIRALTY

| | |
|---|---|
| In the Matter of The Complaint of<br><br>Branson Duck Vehicles, LLC, as Owner; and Ripley Entertainment, Inc., as Owner *pro hac vice* of the STRETCH DUCK 07 for Exoneration from or Limitation of Liability | **CIVIL ACTION NO:** 6:18-cv-03339-MDH |

## NOTICE OF APPEARANCE

COMES NOW Roland Witherspoon, with the law firm of The Witherspoon Law Group, hereby enters his appearance as co-counsel for on behalf of JOHN D. COLEMAN, GARY COLEMAN, JAYDEN COLEMAN (by and through his Next Friend and Natural Mother Tilackia Jackson) and ADRIONA COLEMAN.

Dated: November 11, 2019

Respectfully submitted,

**THE WITHERSPOON LAW GROUP, PLLC**

_____
Roland Witherspoon
State Bar No.: 24086097
Nuru Witherspoon
State Bar No.: 24039244
**7290 Crosswater Dr.**
Tyler, TX 75703
Telephone: (903) 597-2500
Facsimile: (866) 269-3770
roland@twlglawyers.com
witherspoon@twlglawyers.com
**PLAINTIFFS' ATTORNEYS**

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was filed and served on all counsel of record via the Court's electronic filing system this 11th day of November, 2019.

/s/ *Roland Witherspoon*
Roland Witherspoon