# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## IN ADMIRALTY

| | |
|---|---|
| In the Matter of The Complaint<br><br>Of<br><br>Branson Duck Vehicles, LLC, as Owner; and Ripley Entertainment, Inc., as Owner *pro hac vice* of the STRETCH DUCK 07 for Exoneration from or Limitation of Liability | **CIVIL ACTION NO**: 6:18-cv-03339-MDH |

## NOTICE OF APPEAL

Limitation Plaintiffs, Branson Duck Vehicles, LLC and Ripley Entertainment, Inc., hereby appeal to the United States Court of Appeals for the Eighth Circuit from the November 27, 2019, final order of the United States District Court for the Western District of Missouri in No. 6:18-cv-03339-MDH.

December 2, 2019

Respectfully submitted,

**LASHLY & BAER, P.C.**

*/s/ Terrance J. Good*
Terrance J. Good #25336MO
Alexandra C. Wells #67316MO
714 Locust Street
St. Louis, MO 63101
(314) 621-2939
(314) 621-6844/Fax
tjgood@lashlybaer.com
awells@lashlybaer.com

AND

**K&L GATES LLP**
Jeffrey S. King, *Pro Hac Vice*
Luke M. Reid, *Pro Hac Vice*
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
(617) 261-3100

(617) 261-3175/Fax
jeffrey.king@klgates.com
luke.reid@klgates.com

AND

**LATHROP GAGE LLP**
Jean Paul Bradshaw II    #31800
Rachel E. Stephens    #59419
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108
(816) 292-2000
(816) 292-2001
jbradshaw@lathropgage.com
rstephens@lathropgage.com

*Attorneys for Limitation Plaintiffs Branson Duck Vehicles, LLC and Ripley Entertainment, Inc.*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true copy of the foregoing was filed and served via the Court's electronic filing system this 2nd day of December 2019.

*/s/ Terrance J. Good*
Terrance J. Good