# JUDGMENT IN A CIVIL CASE

## UNITED STATES DISTRICT COURT

|  |  |
|---|---|
| In the Matter of the Complaint of ) <br> **BRANSON DUCK VEHICLES, LLC** as ) <br> Owner and; **RIPLEY ENTERTAINMENT,** ) <br> **INC.,** as Owner *pro hoc vice* of the **STRETCH** ) <br> **DUCK 07** for Exoneration from or Limitation ) <br> Of Liability ) <br> ) <br> ) | Consolidated <br> Case Nos. 6:18-cv-03339-MDH <br> 6:19-cv-05006-MDH |

\_\_  Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  Decision by Court. This action came to determination before the Court. The issues have been determined and a decision has been rendered.

It is **THEREFORE ORDERED and ADJUDGED:**

The Court **ORDERS** that Ride the Ducks International's complaint in admiralty is dismissed for lack of standing.

The Court finds Table Rock Lake is not subject to admiralty jurisdiction for purposes of invoking the Limitation of Liability Act as it is not a navigable waterway under the binding precedent of this Circuit. The Court finds the Limitation Plaintiffs' complaints should be and hereby are dismissed.

The Court denies the Motion to Exclude the Opinions of John Cameron, Claude Harris, James Hall, and Michael Donelon. (Doc. 189). The Court also denies the Motion to Strike the Affidavits of Sam Barr and Robert Hathaway. (Doc. 191).

The Court **ORDERS** these consolidated cases, and each of them, dismissed.

**IT IS SO ORDERED**.

| December 2, 2019 | Paige Wymore-Wynn |
|---|---|
| Date | Clerk of Court |

Entered on: November 27, 2019            s/Linda Howard
                                                                  (By) Deputy Clerk