# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 19-3592
_____

Branson Duck Vehicles, LLC, as Owner; Ripley Entertainment, Inc., as Owner, pro hac vice of the STRETCH DUCK 07 for Exoneration from or Limitation of Liability

Plaintiffs - Appellants

v.

Joseph Strecker; William Strecker

Defendants - Appellees

_____

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:18-cv-03339-MDH)
_____

## JUDGMENT

The joint motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

June 12, 2020

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans